ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**LVDG, LLC [SERIES 116]**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| GREEN TREE SERVICING LLC,<br><br>Plaintiff,<br><br>vs.<br><br>LVDG, LLC SERIES 116; MESA HOMEOWNERS ASSOCIATION; DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive; and all others who claim interest in the subject property located at 6042 Alachua Street, Henderson, Nevada 89011,<br><br>Defendants. | Case No.  2:15-CV-00028-RFB-CWH |

**STIPULATION AND ORDER TO EXTEND TIME
TO FILE (1) REPLY TO OPPOSITION TO MOTION TO DISMISS;
AND (2) RESPONSE TO COUNTER-MOTION FOR SUMMARY JUDGMENT**
(First Request)

COMES NOW Defendant, LVDG, LLC SERIES 116 (*"LVDG"*), and Plaintiff, GREEN TREE SERVICING LLC (*"Green Tree"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On February 10, 2015, Defendant, LVDG, filed a Motion to Dismiss [Doc. #8].

2. On March 20, 2015, Plaintiff, Green Tree, filed an Opposition to Motion to Dismiss [Doc. #14] and Counter-Motion for Summary Judgment [Doc. #15].

3. Defendant's counsel has requested additional time to prepare and file a Reply to the Opposition to Motion to Dismiss and Opposition to Counter-Motion for Summary Judgment due to numerous other pending legal matters.

4. Defendant shall have an additional period of time until and including April 13, 2015, in which file a Reply to the Opposition to Motion to Dismiss and Opposition to Counter-Motion for Summary Judgment.

5. This Stipulation is made in good faith and not for purpose of delay.

Dated this 25th day of March, 2015.

ROGER P. CROTEAU & ASSOCIATES, LTD.

WOLFE WYMAN, LLC

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
*Attorney for Defendant*
**LVDG, LLC SERIES 116**

/s/ *Michael Li*
COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
MICHAEL LI, ESQ.
Nevada Bar No. 12807
980 Kelly Johnson Drive, Suite 140
Las Vegas, Nevada 89119
*Attorneys for Plaintiff*
**GREEN TREE SERVICING, LLC**

**IT IS SO ORDERED.**

By: _____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated: this 26th day of March, 2015

6042 Alachua