COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
YANXIONG LI, ESQ.
Nevada Bar No. 12807
WOLFE & WYMAN LLP
980 Kelly Johnson Drive, Ste 140
Las Vegas, NV 89119
Tel: (602) 953-0100
Fax: (602) 953-0101
cbdodrill@wolfewyman.com
mli@wolfewyman.com

Attorneys for Plaintiff
GREEN TREE SERVICING LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREEN TREE SERVICING LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LVDG, LLC SERIES 116; MESA HOMEOWNERS ASSOCIATION; DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive; and all others who claim interest in the subject property located at 6042 Alachua Street, Henderson, Nevada 89011,<br><br>　　　　　Defendants. | CASE NO.: 2:15-cv-00028-RFB-CWH<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY** |

## STIPULATION

The parties, by and through their respective counsel of record, and pursuant to <u>Ministerio Roca Solida v. U.S. Dept. of Fish and Wildlife</u>, 288 F.R.D. 500, 506 (D. Nev. 2013) (stay on discovery is appropriate when (1) the pending motion is potentially dispositive of the entire case; and (2) the pending motion can be decided without additional discovery), hereby stipulate to stay

///

///

///

///

///

1

discovery pending the Court's decision on LVDG, LLC Series 116's Motion to Dismiss (Docket No. 8) filed February 10, 2015 and Green Tree Servicing, LLC's Counter-Motion for Summary Judgment (Docket No. 15) filed March 20, 2015.

DATED: March 24, 2015          WOLFE & WYMAN LLP

By: _____
YANXIONG LI, ESQ.
Nevada Bar No.: 12807
980 Kelly Johnson Drive, Suite 140
Las Vegas, Nevada 89119

Attorney for Plaintiff,
GREEN TREE SERVICING, LLC

DATED: March ___, 2015          ROGER P. CROTEAU & ASSOCIATES, LTD.

By: _____
TIMOTHY E. RHODA, ESQ.
Nevada Bar No.: 7878
9120 W. Post Rd., Suite 100
Las Vegas, Nevada 89148

Attorneys for Defendant,
LVDG, LLC Series 116

2

1963068.1

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Discovery in this matter is hereby STAYED pending the Court's Decision on LVDG, LLC Series 116's Motion to Dismiss (Docket No. 8) and Green Tree Servicing, LLC's Counter-Motion for Summary Judgment (Docket No. 15 at 9:16-10:10).

IT IS FURTHER ORDERED that, unless this matter is disposed of, the parties shall file a Stipulated Discovery Plan and Scheduling Order no later than thirty (30) days following the Court's Order on LVDG, LLC Series 116's Motion to Dismiss (Docket No. 8) and Green Tree Servicing, LLC's Counter-Motion for Summary Judgment (Docket No. 15).

IT IS SO ORDERED.

DATED: March 30, 2015

_____
United States Magistrate Judge

Submitted by:

WOLFE & WYMAN LLP

By: */s/ Yanxiong Li*
YANXIONG LI, ESQ.
Nevada Bar No.: 12807
980 Kelly Johnson Drive, Suite 140
Las Vegas, Nevada 89119
Attorneys for Plaintiff,
GREEN TREE SERVICING LLC

1963068.1