ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**LVDG, LLC [SERIES 116]**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

GREEN TREE SERVICING LLC,

    Plaintiff,

vs.

LVDG, LLC SERIES 116; MESA HOMEOWNERS ASSOCIATION; DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive; and all others who claim interest in the subject property located at 6042 Alachua Street, Henderson, Nevada 89011,

    Defendants.

Case No.  2:15-CV-00028-RFB-CWH

**STIPULATION AND ORDER TO EXTEND TIME
TO FILE (1) REPLY TO OPPOSITION TO MOTION TO DISMISS;
AND (2) RESPONSE TO COUNTER-MOTION FOR SUMMARY JUDGMENT**
**(Second Request)**

COMES NOW Defendant, LVDG, LLC SERIES 116 (*"LVDG"*), and Plaintiff, GREEN TREE SERVICING LLC (*"Green Tree"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On February 10, 2015, Defendant, LVDG, filed a Motion to Dismiss [Doc. #8].

2. On March 20, 2015, Plaintiff, Green Tree, filed an Opposition to Motion to Dismiss [Doc. #14] and Counter-Motion for Summary Judgment [Doc. #15].

6042 Alachua

3. On March 25, 2015, the parties submitted a Stipulation [Doc. #17] requesting until April 13, 2015, to file a Reply to the Opposition to Motion to Dismiss and Response to Counter-Motion for Summary Judgment, which Stipulation was granted on March 26, 2015 [Doc. #18];

4. Counsel for Defendant has requested an additional extension of time due to unforeseen circumstances;

5. Defendant shall have an additional period of time until and including May 4, 2015, in which file a Reply to the Opposition to Motion to Dismiss and Opposition to Counter-Motion for Summary Judgment.

6. This Stipulation is made in good faith and not for purpose of delay.

Dated this    13th    day of April, 2015.

ROGER P. CROTEAU &
  ASSOCIATES, LTD.

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
*Attorney for Defendant*
**LVDG, LLC SERIES 116**

WOLFE WYMAN, LLC

/s/ *Michael Li*
COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
MICHAEL LI, ESQ.
Nevada Bar No. 12807
980 Kelly Johnson Drive, Suite 140
Las Vegas, Nevada 89119
*Attorneys for Plaintiff*
**GREEN TREE SERVICING, LLC**

**IT IS SO ORDERED.**

By: _____
    RICHARD F. BOULWARE, II
    UNITED STATES DISTRICT JUDGE

Dated: April 21, 2015.

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719