**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com

**Attorneys for Plaintiff**
**GREEN TREE SERVICING LLC, now
known as Ditech Financial LLC**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREEN TREE SERVICING, LLC,<br><br>         Plaintiff,<br><br>   v.<br><br>LVDG, LLC SERIES 116; MESA HOMEOWNERS ASSOCIATION; DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive; and all others who claim interest in the subject property located at 6042 Alachua Street, Henderson, Nevada 89011,<br><br>         Defendants. | CASE NO.: 2:15-cv-00028-RFB-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE GREEN TREE SERVICING LLC'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]** |

WHEREFORE, on June 1, 2016, Green Tree Servicing LLC, now known as Ditech Financial LLC ("Green Tree") filed its Motion for Summary Judgment ("Motion") (Docket No. 46);

WHEREFORE, on July 11, 2016, LVDG, LLC Series 116 ("LVDG") filed its Opposition to Green Tree's Motion (Docket No. 52) and Mesa Homeowners Association ("HOA") (Docket No. 51) filed its Limited Opposition to Green Tree's Motion;

WHEREFORE, Green Tree's Reply to LVDG's and the HOA's Oppositions is currently due on or before July 25, 2016;

WHEREFORE, the parties stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED between Green Tree, the HOA and LVDG, by and through their undersigned attorneys, that Green Tree shall have up to and including Monday, August 8, 2016 to file its Joint Reply in support of its Motion.

2491358.1

Rather than file discrete briefs addressing individual issues, Green Tree intends to present to the Court a joint Reply to both LVDG's and the HOA's Oppositions.  An extension for Green Tree to file a joint Reply brief will allow Green Tree to address the myriad substantive issues in the HOA's and LVDG's Oppositions.  This extension will also advance judicial economy because one reply brief is considerably more manageable than two largely-duplicative reply briefs.

This is Green Tree's first request for an extension to file its reply brief and is not intended to cause any delay or prejudice to any party.  Trial has not been set in this case yet.

DATED:  July 21, 2016

WOLFE & WYMAN LLP

By:  */s/ Colt B. Dodrill*
    COLT B. DODRILL, ESQ.
    Nevada Bar No.: 9000
    6757 Spencer Street
    Las Vegas, NV  89119
    *Attorneys for Plaintiff,*
    *Green Tree Servicing LLC, now known*
    *as Ditech Financial LLC*

DATED:  July 21, 2016

ROGER P. CROTEAU & ASSOCIATES, LTD.

By:  */s/ Timothy E. Rhoda*
    TIMOTHY E. RHODA, ESQ.
    Nevada Bar No.: 7878
    9120 West Post Road, Suite 100
    Las Vegas, NV  89148
    *Attorney for Defendant,*
    *LVDG, LLC Series 116*

DATED:  July 21, 2016

PENGILLY LAW FIRM

By:  */s/ Elizabeth B. Lowell*
    ELIZABETH B. LOWELL, ESQ.
    Nevada Bar No.: 6085
    1995 Village Center Cir., Suite 190
    Las Vegas, NV  89134
    *Attorneys for Defendant,*
    *Mesa Homeowners Association*

2491358.1

## ORDER

By stipulation of the parties and good cause appearing, IT IS HEARBY ORDERED as follows:

The deadline for Green Tree to file its Reply in support of its Motion for Summary Judgment is hereby extended up to and including Monday, August 8, 2016.

IT IS SO ORDERED.

Dated: __July 27, 2016.__

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully Submitted by:

WOLFE & WYMAN LLP


By: _/s/ Colt B. Dodrill_____
  COLT B. DODRILL
  Nevada Bar No. 9000
  6757 Spencer Street
  Las Vegas, NV 89119
  *Attorneys for Plaintiff*
  *Green Tree Servicing LLC, now known as*
  *Ditech Financial LLC*

3

2491358.1