COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
RICHARD G. VERLANDER, ESQ.
Nevada Bar No. 12887
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com
rgverlander@wolfewyman.com

Attorneys for Plaintiff
GREEN TREE SERVICING LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREEN TREE SERVICING LLC,<br><br>　　　　Plaintiff,<br>　v.<br><br>LVDG, LLC SERIES 116; MESA HOMEOWNERS ASSOCIATION; DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive; and all others who claim interest in the subject property located at 6042 Alachua Street, Henderson, Nevada 89011,<br><br>　　　　Defendants. | CASE NO.:  2:15-cv-00028-RFB-CWH<br><br>**MOTION FOR WITHDRAWAL OF ATTORNEY** |

**TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　　　PLEASE TAKE NOTICE that the above-captioned attorneys, Colt B. Dodrill, Esq. and Richard G. Verlander, Esq. of WOLFE & WYMAN LLP, hereby move to withdraw counsel YanXiong Li, Esq., as attorney of record in the above referenced matter.  YanXiong Li is a former associate of WOLFE & WYMAN LLP and no longer counsel of record for Plaintiff GREEN TREE SERVICING LLC, now known as DITECH FINANCIAL LLC in this matter.

　　　　All future pleadings and correspondence relative to Plaintiff GREEN TREE SERVICING LLC should be served only upon:

2497681.1

COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
RICHARD G. VERLANDER, ESQ.
Nevada Bar No. 12887
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, Nevada 89119
Telephone: 702-476-0100
Facsimile: 702-476-0101

Please update your service list accordingly.

DATED:  July 28, 2016   WOLFE & WYMAN LLP

By: /s/ *Colt B. Dodrill*
_____
COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
RICHARD G. VERLANDER, ESQ.
Nevada Bar No. 12887
6757 Spencer Street
Las Vegas, NV  89119

*Attorneys for Plaintiff*
GREEN TREE SERVICING LLC, now known as
DITECH FINANCIAL LLC

**ORDER**

IT IS SO ORDERED.

Dated:  July 29, 2016
_____      _____
UNITED STATES MAGISTRATE JUDGE

2

2497681.1

**CERTIFICATE OF SERVICE**

On July 28, 2015, I served the **MOTION FOR WITHDRAWAL OF ATTORNEY** by the following means to the persons as listed below:

   X      a.    ECF System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

| | |
|---|---|
| Roger P. Croteau, Esq. | croteaulaw@croteaulaw.com |
| Timothy Rhoda, Esq. | croteaulaw@croteaulaw.com |
| David A Markman, Esq. | dmarkman@pengillylawfirm.com |
| Elizabeth B Lowell, Esq. | elowell@pengillylawfirm.com |
| James W Pengilly, Esq. | jpengilly@pengillylawfirm.com |

            b.    United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

By: /s/ *Lucille Chiusano*
Lucille Chiusano
An employee of Wolfe & Wyman LLP

3
2497681.1