1  ROGER P. CROTEAU, ESQ.
   Nevada Bar No. 4958
2  TIMOTHY E. RHODA, ESQ.
   Nevada Bar No. 7878
3  ROGER P. CROTEAU & ASSOCIATES, LTD.
   9120 West Post Road, Suite 100
4  Las Vegas, Nevada 89148
   (702) 254-7775
5  (702) 228-7719 (facsimile)
   croteaulaw@croteaulaw.com
6  *Attorney for Defendant*
   **LVDG, LLC [SERIES 116]**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

GREEN TREE SERVICING LLC,

        Plaintiff,

vs.

LVDG, LLC SERIES 116; MESA HOMEOWNERS ASSOCIATION; DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive; and all others who claim interest in the subject property located at 6042 Alachua Street, Henderson, Nevada 89011,

        Defendants.

Case No.  2:15-CV-00028-RFB-CWH

**STIPULATION TO EXTEND TIME
TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT**
**(First Request)**

COMES NOW Defendant, LVDG, LLC SERIES 116 (*"LVDG"*), and Plaintiff, GREEN TREE SERVICING LLC n/k/a DITECH FINANCIAL, LLC (*"Ditech"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On March 1, 2019, Ditech filed a Motion for Summary Judgment herein [ECF #71]. Responses to said Motion are presently due on March 22, 2019.

2. LVDG's counsel has requested additional time to prepare and file a Response to the Motion for Summary Judgment due to various other personal and work-related

matters; the length and scope of the Motion; and the complexity of the arguments contained therein. In addition, the parties are presently discussing a proposed settlement that could conceivably render a response unnecessary.

3. LVDG shall have an additional period of time until and including April 1, 2019, in which file a Response to the Motion for Summary Judgment.

4. Plaintiff shall have an additional period of time until and including April 15, in which to file any Reply.

5. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___22nd_____ day of March, 2019.

ROGER P. CROTEAU &
  ASSOCIATES, LTD.

WOLFE & WYMAN LLP

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
*Attorney for Defendant*
**LVDG, LLC SERIES 116**

/s/ *Colt B. Dodrill*
COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
6757 Spencer Street
Las Vegas, Nevada 89119-3724
(702) 476-0100
*Attorneys for Plaintiff*
**GREEN TREE SERVICING LLC**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 25th day of March, 2019.

6042 Alachua

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___22nd___ day of March, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT (First Request)** to the following parties:

| | |
|---|---|
| Colt B. Dodrill<br>Wolfe & Wyman, LLP<br>6757 Spencer Street<br>Las Vegas, NV 89119<br>(702) 476-0100<br>(702) 476-0101 (fax)<br>cbdodrill@wolfewyman.com<br>***Attorneys for Plaintiff***<br>***GREEN TREE SERVICING, LLC*** | Elizabeth B Lowell<br>Pengilly Robbins<br>1995 Village Center Cir., Ste. 190<br>Las Vegas, NV 89134-0562<br>702-889-6665<br>702-889-6664 (fax)<br>elowell@pengillylawfirm.com<br>***Attorney for Defendant***<br>***MESA HOMEOWNERS ASSOCIATION*** |
| Richard G. Verlander, III<br>Wolfe & Wyman<br>6757 Spencer Street<br>Las Vegas, NV 89119<br>7002 476 0100<br>702 476 0101 (fax)<br>rgverlander@wolfewyman.com<br>***Attorneys for Plaintiff***<br>***GREEN TREE SERVICING, LLC*** | David A Markman<br>Pengilly Law Firm<br>1995 Village Center Circle<br>Suite 190<br>Las Vegas, NV 89134<br>702-889-6665<br>702-889-6664 (fax)<br>dmarkman@pengillylawfirm.com<br>***Attorney for Defendant***<br>***MESA HOMEOWNERS ASSOCIATION*** |
| | James W Pengilly<br>Pengilly Robbins<br>1995 Village Center Circle<br>Suite 190<br>Las Vegas, NV 89134-0562<br>702-889-6665<br>702-889-6664 (fax)<br>jpengilly@pengillylawfirm.com<br>***Attorney for Defendant***<br>***MESA HOMEOWNERS ASSOCIATION*** |

/s/ Timothy E. Rhoda
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.