ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**LVDG, LLC [SERIES 116]**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

GREEN TREE SERVICING LLC,

      Plaintiff,

vs.

LVDG, LLC SERIES 116; MESA HOMEOWNERS ASSOCIATION; DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive; and all others who claim interest in the subject property located at 6042 Alachua Street, Henderson, Nevada 89011,

      Defendants.

Case No. 2:15-CV-00028-RFB-CWH

**STIPULATION TO EXTEND TIME
TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT**
(Second Request)

  COMES NOW Defendant, LVDG, LLC SERIES 116 (*"LVDG"*), and Plaintiff, GREEN TREE SERVICING LLC n/k/a DITECH FINANCIAL, LLC (*"Ditech"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

  1. On March 1, 2019, Ditech filed a Motion for Summary Judgment herein [ECF #71]. Responses to said Motion were originally due on March 22, 2019.

  2. On March 22, 2019, the parties submitted a stipulation requesting an extension of time until April 1, 2019, in which to respond to the subject motion. [ECF #76].

Said stipulation was approved on March 25, 2019. [ECF #77].

3. The parties continue to discuss an amicable resolution of this matter and prefer to devote their time and resources to attempting to reach a settlement in lieu of further litigation. To that end, LVDG has requested an additional extension of time in which to respond to the motion until April 15, 2019.

4. LVDG shall have an additional period of time until and including April 15, 2019, in which file a Response to the Motion for Summary Judgment.

5. Plaintiff shall have an additional period of time until and including April 29, in which to file any Reply.

6. This Stipulation is made in good faith and not for purpose of delay.

Dated this  1st  day of April, 2019.

ROGER P. CROTEAU & ASSOCIATES, LTD.

WOLFE & WYMAN LLP

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
*Attorney for Defendant*
**LVDG, LLC SERIES 116**

/s/ *Colt B. Dodrill*
COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
6757 Spencer Street
Las Vegas, Nevada 89119-3724
(702) 476-0100
*Attorneys for Plaintiff*
**GREEN TREE SERVICING LLC**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 2nd of April, 2019.

Page 2 of 3

6042 Alachua

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____1st____ day of April, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT (Second Request)** to the following parties:

| | |
|---|---|
| Colt B. Dodrill<br>Wolfe & Wyman, LLP<br>6757 Spencer Street<br>Las Vegas, NV 89119<br>(702) 476-0100<br>(702) 476-0101 (fax)<br>cbdodrill@wolfewyman.com<br>***Attorneys for Plaintiff***<br>***GREEN TREE SERVICING, LLC*** | Elizabeth B Lowell<br>Pengilly Robbins<br>1995 Village Center Cir., Ste. 190<br>Las Vegas, NV 89134-0562<br>702-889-6665<br>702-889-6664 (fax)<br>elowell@pengillylawfirm.com<br>***Attorney for Defendant***<br>***MESA HOMEOWNERS ASSOCIATION*** |
| Richard G. Verlander, III<br>Wolfe & Wyman<br>6757 Spencer Street<br>Las Vegas, NV 89119<br>7002 476 0100<br>702 476 0101 (fax)<br>rgverlander@wolfewyman.com<br>***Attorneys for Plaintiff***<br>***GREEN TREE SERVICING, LLC*** | David A Markman<br>Pengilly Law Firm<br>1995 Village Center Circle<br>Suite 190<br>Las Vegas, NV 89134<br>702-889-6665<br>702-889-6664 (fax)<br>dmarkman@pengillylawfirm.com<br>***Attorney for Defendant***<br>***MESA HOMEOWNERS ASSOCIATION*** |
| | James W Pengilly<br>Pengilly Robbins<br>1995 Village Center Circle<br>Suite 190<br>Las Vegas, NV 89134-0562<br>702-889-6665<br>702-889-6664 (fax)<br>jpengilly@pengillylawfirm.com<br>***Attorney for Defendant***<br>***MESA HOMEOWNERS ASSOCIATION*** |

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.