**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com

Attorneys for Plaintiff
GREEN TREE SERVICING LLC, now
known as Ditech Financial LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREEN TREE SERVICING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LVDG, LLC SERIES 116; MESA HOMEOWNERS ASSOCIATION; DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive; and all others who claim interest in the subject property located at 6042 Alachua Street, Henderson, Nevada 89011,<br><br>Defendants. | CASE NO.: 2:15-cv-00028-RFB-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DITECH FINANCIAL LLC'S REPLY TO MESA'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]** |

### STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY TO MESA'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

WHEREFORE, on March 1, 2019, Plaintiff, Green Tree Servicing LLC, now known as Ditech Financial LLC ("Ditech") filed its Motion for Summary Judgment ("Motion") (ECF No. 71);

WHEREFORE, on March 22, 2019, Mesa Homeowners Association ("HOA") (ECF No. 75) filed its Limited Opposition to Ditech's Motion;

WHEREFORE, Ditech's Reply to HOA's Oppositions is currently due on or before April 5, 2019;

///

///

///

1

3319031.1

WHEREFORE, the parties stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED between Ditech and HOA, by and through their undersigned attorneys, that Ditech shall have up to and including April 19, 2019 Reply in support of its Motion.

The parties continue to discuss an amicable resolution of this matter and prefer to devote their time and resources to attempting to reach a settlement in lieu of further litigation.

This is Ditech's first request for an extension to file its reply brief and is not intended to cause any delay or prejudice to any party.

| | |
|---|---|
| DATED: April 3, 2019 | DATED: April 3, 2019 |
| WOLFE & WYMAN LLP | LEACH \| KERN \| GRUCHOW \| ANDERSON \| SONG |
| By: */s/ Colt B. Dodrill* <br> COLT B. DODRILL, ESQ. <br> Nevada Bar No.: 9000 <br> 6757 Spencer Street <br> Las Vegas, NV 89119 <br> *Attorneys for Plaintiff,* <br> *Green Tree Servicing LLC, now known* <br> *as Ditech Financial LLC* | By: */s/ J. Tyler King* <br> J. TYLER KING, ESQ. <br> Nevada Bar No.: 14895 <br> 2525 Box Canyon Drive <br> Las Vegas, Nevada 89128 <br> *Attorney for Defendant,* <br> *Mesa Homeowners' Association* |

2

3319031.1

## **ORDER**

By stipulation of the parties and good cause appearing, IT IS HEARBY ORDERED as follows:

The deadline for Green Tree to file its Reply in support of its Motion for Summary Judgment is hereby extended up to and including April 19, 2019.

IT IS SO ORDERED.

Dated: April 5, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3319031.1

# CERTIFICATE OF SERVICE

On April 3, 2019, I served the **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE GREEN TREE SERVICING LLC'S REPLY TO MESA'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** by the following means to the persons as listed below:

  X      a.      ECF System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

Sean L. Anderson    sanderson@lkglawfirm.com, pgutierrez@lkglawfirm.com

John Tyler King    tking@lkglawfirm.com

Roger P. Croteau    croteaulaw@croteaulaw.com

Timothy Rhoda    croteaulaw@croteaulaw.com

        b.      United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

By:   /s/ *Kathy Hagmaier*
       Kathy Hagmaier
       An employee of Wolfe & Wyman LLP

3319031.1