ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**LVDG, LLC [SERIES 116]**

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

***

| | |
|---|---|
| GREEN TREE SERVICING LLC, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:15-CV-00028-RFB-CWH |
| LVDG, LLC SERIES 116; MESA HOMEOWNERS ASSOCIATION; DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive; and all others who claim interest in the subject property located at 6042 Alachua Street, Henderson, Nevada 89011, | ) |
| Defendants. | ) |

**STIPULATION TO EXTEND TIME
TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT**
(Third Request)

COMES NOW Defendant, LVDG, LLC SERIES 116 (*"LVDG"*), and Plaintiff, GREEN TREE SERVICING LLC n/k/a DITECH FINANCIAL, LLC (*"Ditech"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On March 1, 2019, Ditech filed a Motion for Summary Judgment herein [ECF #71]. Responses to said Motion were originally due on March 22, 2019.

2. On March 22, 2019, the parties submitted a stipulation requesting an extension of time until April 1, 2019, in which to respond to the subject motion. [ECF #76]. Said stipulation was approved on March 25, 2019. [ECF #77].

3. On April 1, 2019, the parties submitted a second stipulation requesting an extension of time until April 15, 2019, in which to respond to the subject motion. [ECF #81]. Said stipulation was approved on April 3, 2019. [ECF #82].

4. The parties continue to discuss an amicable resolution of this matter and prefer to devote their time and resources to attempting to reach a settlement in lieu of further litigation.

5. In addition, LVDG's counsel has been required to devote much of his time to an unrelated appellate brief, which is also due on April 15, 2019. To that end, LVDG has requested an additional extension of time in which to respond to the motion until April 26, 2019.

6. This extension was requested and this stipulation was drafted on April 15, 2019, but Plaintiff's counsel was unable to respond immediately.

7. LVDG shall have an additional period of time until and including April 26, 2019, in which file a Response to the Motion for Summary Judgment.

8. Plaintiff shall have an additional period of time until and including May 10, 2019, in which to file any Reply.

9. This Stipulation is made in good faith and not for purpose of delay.

Dated this ____15th____ day of April, 2019.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | WOLFE & WYMAN LLP |
|---|---|
| /s/ *Timothy E. Rhoda* <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 West Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br> (702) 254-7775 <br> ***Attorney for Defendant*** <br> **LVDG, LLC SERIES 116** | /s/ *Colt B. Dodrill* <br> COLT B. DODRILL, ESQ. <br> Nevada Bar No. 9000 <br> 6757 Spencer Street <br> Las Vegas, Nevada 89119-3724 <br> (702) 476-0100 <br> ***Attorneys for Plaintiff*** <br> **GREEN TREE SERVICING LLC** |

6042 Alachua

**IT IS SO ORDERED.**

By: _____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated: April 18, 2019

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____17th____ day of April, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT (Third Request)** to the following parties:

Colt B. Dodrill
Wolfe & Wyman, LLP
6757 Spencer Street
Las Vegas, NV 89119
(702) 476-0100
(702) 476-0101 (fax)
cbdodrill@wolfewyman.com
*Attorneys for Plaintiff*
*GREEN TREE SERVICING, LLC*

Richard G. Verlander, III
Wolfe & Wyman
6757 Spencer Street
Las Vegas, NV 89119
7002 476 0100
702 476 0101 (fax)
rgverlander@wolfewyman.com
*Attorneys for Plaintiff*
*GREEN TREE SERVICING, LLC*

Elizabeth B Lowell
Pengilly Robbins
1995 Village Center Cir., Ste. 190
Las Vegas, NV 89134-0562
702-889-6665
702-889-6664 (fax)
elowell@pengillylawfirm.com
*Attorney for Defendant*
*MESA HOMEOWNERS ASSOCIATION*

David A Markman
Pengilly Law Firm
1995 Village Center Circle
Suite 190
Las Vegas, NV 89134
702-889-6665
702-889-6664 (fax)
dmarkman@pengillylawfirm.com
*Attorney for Defendant*
*MESA HOMEOWNERS ASSOCIATION*

James W Pengilly
Pengilly Robbins
1995 Village Center Circle
Suite 190
Las Vegas, NV 89134-0562
702-889-6665
702-889-6664 (fax)
jpengilly@pengillylawfirm.com
*Attorney for Defendant*
*MESA HOMEOWNERS ASSOCIATION*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

6042 Alachua