**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com

Attorneys for Plaintiff
GREEN TREE SERVICING LLC, now
known as Ditech Financial LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREEN TREE SERVICING, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LVDG, LLC SERIES 116; MESA HOMEOWNERS ASSOCIATION; DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive; and all others who claim interest in the subject property located at 6042 Alachua Street, Henderson, Nevada 89011,<br><br>　　　　Defendants. | CASE NO. 2:15-cv-00028-RFB-CWH<br><br>**STIPULATION AND ORDER QUIETING TITLE AND CONFIRMING EXISTENCE AND VALIDITY OF DEED OF TRUST** |

The parties, by and through their undersigned counsel, stipulate as follows:

The July 17, 2013 HOA sale of certain real property located at 6042 Alachua Street, Henderson, Nevada 89011-5007 ("Subject Property") was valid and conveyed title to Defendant LVDG, LLC SERIES 116 subject to the Deed of Trust recorded on November 22, 2006, in the official records of the Clark County Recorder as Book and Instrument No. 20061122-0002600;

Title to the property located at 6042 Alachua Street, Henderson, Nevada 89011-5007 is hereby quieted such that the Deed of Trust recorded in the official records of the Clark County Recorder office on November 22, 2006, as Book and Instrument No. 20061122-

1

3339717.1

0002600 continues to encumber the property as a valid lien;

That this action shall be dismissed with prejudice in its entirety, including all remaining claims, each party to bear its own costs and attorney's fees;

The Lis Pendens recorded in the official records of the Clark County Recorder on January 9, 2015, as book and instrument No. 20150109-0001949 shall be expunged; and

A copy of this order may be recorded in the official records of the Clark County Recorder.

IT IS SO STIPULATED

DATED: June 28, 2019

WOLFE & WYMAN LLP

By: /s/ *Colt B. Dodrill*
    COLT B. DODRILL, ESQ.
    Nevada Bar No. 9000
    6757 Spencer Street
    Las Vegas, NV 89119
    *Attorneys for Plaintiff,*
    *Green Tree Servicing LLC, now known*
    *as Ditech Financial LLC*

DATED: June 28, 2019

LEACH | KERN | GRUCHOW | ANDERSON | SONG

By: /s/ *J. Tyler King*
    SEAN L. ANDERSON
    Nevada Bar No. 7259
    J. TYLER KING, ESQ.
    Nevada Bar No. 14895
    2525 Box Canyon Drive
    Las Vegas, Nevada 89128
    *Attorney for Defendant,*
    *Mesa Homeowners' Association*

DATED: June 28, 2019

ROGER P. CROTEAU & ASSOCIATES, LTD.

By: /s/ *Timothy E. Rhoda*
    ROGER P. CROTEAU, ESQ.
    Nevada Bar No. 4958
    TIMOTHY E. RHODA, ESQ.
    Nevada Bar No. 7878
    9120 West Post Road, Suite 100
    Las Vegas, Nevada 89148
    *Attorneys for Defendant*
    *LVDG, LLC Series 116*

IT IS SO ORDERED. The Clerk of the Court is instructed to close this case.

Dated: __July 1, 2019.__



_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

On June 28, 2019, I served **STIPULATION AND ORDER QUIETING TITLE AND DISMISSING WITH PREJUDICE** by the following means to the persons as listed below:

   X       a.      ECF System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

Roger P. Croteau, Esq.  croteaulaw@croteaulaw.com, trhoda@croteaulaw.com

Timothy Rhoda       croteaulaw@croteaulaw.com, receptionist@croteaulaw.com

Sean L. Anderson    sanderson@lkglawfirm.com, pgutierrez@lkglawfirm.com

John Tyler King     tking@lkglawfirm.com

         b.      United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

By:   /s/ *Beverley Tomlin-Hill*
       Beverley Tomlin-Hill
       An employee of Wolfe & Wyman LLP

3339717.1